UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

    Plaintiff,

v.                                               CASE NO: 8:05-cv-275-T-23MAP

AMERICAN HOME ASSURANCE
COMPANY,

    Defendant.
_____/

**ORDER**

    The plaintiff files a notice (Doc. 3) of voluntary dismissal with prejudice. Rule 41(a), Federal Rules of Civil Procedure. Accordingly, the notice (Doc. 3) is **APPROVED** and the action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs. The Clerk is directed to close the file.

    ORDERED in Tampa, Florida, on June 21, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy